UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | |
| ) | No. 1:20-cr-122-LM-01 |
| THOMAS FALL ) | |
| _____ | |

INFORMATION

The United States Attorney Charges:

COUNT ONE
[Conspiracy to Distribute 40 Grams or More of Fentanyl]
[21 U.S.C. §§ 846 and 841(b)(1)(B)(vi)]

Beginning on an unknown date, but at the latest by mid-2018, and continuing through on or about August 29, 2019, in the Districts of New Hampshire and Massachusetts, the defendant,

THOMAS FALL,

did knowingly and intentionally combine, conspire, and agree with other persons, known and unknown, to distribute a controlled substance, specifically, 40 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(B)(vi).

With respect to Thomas Fall, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is at least 40 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. §§ 846 and 841(a)(1) and

(b)(1)(B)(vi).

Dated: October 7, 2020					SCOTT W. MURRAY
							United States Attorney


						By:	/s/ Jennifer Cole Davis_____
							Jennifer Cole Davis
							Assistant U.S. Attorney